From: MAMOUDOU CONDE
26 SummerView Ct Unit A
Madison, WI 53704
Tel: 608-239-2949
Tel: 718-981-9168

November 1st/2005

FILED JAMES BONINI CLERK
05 NOV -3 PM 11:46
U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI

To: The Clerk of Court
100 E 5th Street Room #103
Cincinnatti, Ohio 45202

This letter is to certified that I'm Mr. Conde Mamoudou, requesting the refund of the bond money for the total amount of $3,000.00 for the following cases:

- Case # 99-MG-299 - for "Mamadou Balde"
- Case # 99-MG-301 - for "Lancine Conde"
- Case # 99-MG-303 - for "Dala Kante"

Please Send the check to my attention at:
26 SummerView Ct Unit A
Madison, WI 53704
And for any additional information, Please Contact me at: 608-239-2949 or 718-981-9168

Sincerely Yours!

Mamoudou Conde