IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

United States of America

                              Case Number:
                              1:00-cr-001
                              1:00-cr-003
                              1:00-cr-004

vs.

Lancine Conde
Dalla Konte                           Judge:
Mamadou Balde                 Herman J. Weber

ORDER FOR RETURN OF CASH BOND

It appearing to the Court that the above captioned case has been determined, and that the cash bond of $3,000 tendered in this matter be returned.

IT IS THEREFORE ORDERED that the Clerk of this Court return the sum of $3,000 to:

                    Mamadou Conde
              26 Summerview Ct., Unit A
                  Madison, WI 53704

_____
Senior United States District Judge