PROB 12B
(12/98)

## United States District Court
### for
### District of Southern Ohio
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Brian E. Mooney**  Case Number: **CR-00-04-2**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **September 5, 2001**

Original Offense: **Conspiracy to Possess with Intent to Distribute Methamphetamine in Excess of Five Grams and Marijuana**

Original Sentence: **77 months in prison, 48 months of supervised release, a $2,000 fine, and a $100 special assessment**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **July 18, 2006**

### PETITIONING THE COURT

[ ]  To extend the term of supervision for  years, for a total term of  years.
[X]  To modify the conditions of supervision as follows: **Mooney will not consume any alcohol while on supervised release.**

### CAUSE

On July 20, 2006, Mooney submitted a urine sample that tested positive for alcohol. Furthermore, on August 14, 2006, he submitted a urine sample that tested positive for cocaine. Mooney signed a Waiver of Hearing to Modify Conditions of Supervised Release agreeing to not consume any alcohol while on supervised release.

Respectfully Submitted By,   Reviewed and Approved By,

*Mark R. Grawe*   *John C. Cole*
Mark R. Grawe   John C. Cole
United States Probation Officer   Supervising United States Probation Officer
Date: October 30, 2006

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

11/1/06
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release.

Mooney will not consume any alcohol while on supervised release.

Witness: _____    Signed: _____
U.S. Probation Officer                            Supervised Releasee

10-26-06
DATE